IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIQUE DAUGHTRY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:24-cv-00365-CB-KT |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Kezia O.L. Taylor |
| CO VINCENT CEKADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Magistrate Judge Kezia O.L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 9, 2025, the Magistrate Judge issued a Report (Doc. 52) recommending that Defendants' Motions to Dismiss (Doc. 35 & Doc. 40) be granted in part and denied in part. Service of the Report and Recommendation ("R&R") was made, and no objections have been filed.[1]

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that Defendants' Motions to Dismiss (Doc. 35 & Doc. 40) are **GRANTED IN PART** and **DENIED IN PART**, as described in the R&R (Doc. 52), which is adopted as the Opinion of the District Court.

---

[1] Plaintiff submitted to the Clerk's Office a notice of change of address, postmarked prior to the issuance and mailing of the R&R. Recognizing this, the Magistrate Judge caused the filing to be re-mailed to Plaintiff at his updated address. Doc. 54. The second mailing was made on May 15, 2025, *see id.,* and the instant ruling has been held in brief abeyance to allow for the receipt of objections. None have been filed, and this likely is consistent with Plaintiff's intentions (given that significant aspects of his case have survived Defendants' Motions to Dismiss).

IT IS SO ORDERED.

June 13, 2025                                      s/Cathy Bissoon
                                                   Cathy Bissoon
                                                   United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Martique Daughtry
GE-7207
SCI Somerset
1590 Walters Mill Road
Somerset, PA  15510-0001