**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARTIQUE DAUGHTRY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:24-cv-00365-CB-KT |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | Magistrate Judge Kezia O. L. Taylor |
| CO VINCENT CEKADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MEMORANDUM ORDER</u>**

This case has been referred to United States Magistrate Judge Magistrate Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 29, 2026, the Magistrate Judge issued a Report (Doc. 103) recommending that nurse Shannon Booth's Motion for summary judgment (Doc. 72) be granted.  Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that Defendant Booth's Motion for summary judgment (Doc. 72) is **GRANTED**, and the R&R (Doc. 103) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

June 22, 2026                                   s/Cathy Bissoon_____
                                                        Cathy Bissoon
                                                        Chief United States District Judge

cc (via ECF email notification):

All Counsel of Record

2

cc (via First-Class U.S. Mail, control sticker affixed):

Martique Daughtry
GE7207
SCI Somerset
1590 Walters Mill Road
Somerset, PA  15510-0001