**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARTIQUE DAUGHTRY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:24-cv-00365-CB-KT |
| | ) | |
| v. | ) | Chief Judge Cathy Bissoon |
| | ) | Magistrate Judge Kezia O. L. Taylor |
| CO VINCENT CEKADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Magistrate Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 5, 2026, the Magistrate Judge issued a Report (Doc. 105) recommending that the Corrections Defendants' Motion for summary judgment (Doc. 84) be granted in part and denied in part, as described therein. Service of the Report and Recommendation ("R&R") was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that the Corrections Defendants' Motion for summary judgment (**Doc. 84**) is **GRANTED** as to Count Six—and **DENIED** (without prejudice) as to Counts One, Two, Three and Five. Furthermore, the Magistrate Judge shall conduct a *Small* hearing to

resolve the factual disputes regarding exhaustion of administrative remedies,[1] and thereafter shall issue a report and recommendation proposing a resolution.[2]

Finally, the R&R (Doc. 105) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

September 14, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail, control sticker affixed):

Martique Daughtry
GE7207
SCI Somerset
1590 Walters Mill Road
Somerset, PA 15510-0001

[1] All aspects of the hearing procedures (e.g., whether the hearing will be conducted remotely or in person; details regarding the submission of documentary evidence, et cetera) are reserved to the discretion of the Magistrate Judge.

[2] Likewise reserved to the Magistrate Judge's discretion are all details surrounding the report and recommendation, e.g., whether Defendants will be invited to file a renewed motion for summary judgment, or whether the R&R will provide proposed findings and conclusions.